


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| BERNARD JEMISON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 4:09-cv-00326-KOB |
| | ) | |
| OFFICER LATONYA SCOTT, | ) | |
| | ) | |
| Defendant | ) | |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on February 3, 2011, recommending that the defendant's special report be treated as a motion for summary judgment and, as such, that it be granted and this action be dismissed with prejudice. Plaintiff filed objections to the report and recommendation on March 14, 2011; the objections primarily challenge the statement in the Report and Recommendation that Plaintiff had not denied that he committed the offenses he claims formed the basis of his assertion of retaliatory disciplinary action.

The court notes that in his response (doc. 17) Plaintiff vaguely denies the Defendant's allegatioins but never submitted a sworn statement in which he denied

those allegations. The sworn affidavit he did submit (doc. 23) does not deny that he committed those offenses. Therefore, Plaintiff's objections lack merit.

After reviewing Plaintiff's submissions, having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by plaintiff, the court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and his recommendation is ACCEPTED. The court EXPRESSLY FINDS no genuine issues exist of material fact and that defendant is entitled to judgment as a matter of law. Accordingly, defendant's motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this 16th day of May 2011.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE